**Marcus WEATHERSPOON,
Petitioner–Appellant,**

v.

**E.K. McDANIEL, Warden, and Brian
Sandoval, Respondents–
Appellees.**

No. 08–16582.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed June 24, 2011.

Marcus Weatherspoon, Ely, NV, pro se.

Thom Gover, Office of the Nevada Attorney General, Las Vegas, NV, for Respondents–Appellees.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Nevada state prisoner Marcus Weatherspoon appeals from the district court's order denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Weatherspoon contends that his trial lawyer rendered ineffective assistance by failing to call Gloria Banks as a witness. The Nevada Supreme Court denied this claim, holding that Weatherspoon failed to demonstrate that his counsel acted unreasonably. The record shows that the state court did not unreasonably apply *Strickland v. Washington*, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). *See* 28 U.S.C. § 2254(d)(1). Weatherspoon is therefore not entitled to habeas relief. *See Harrington v. Richter*, —— U.S. ——, 131 S.Ct. 770, 785–87, 178 L.Ed.2d 624 (2011).

Weatherspoon's motion to supplement the record is denied.

**AFFIRMED.**